IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| CURTIS BRADSHAW,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF MONTANA, et al.,<br><br>Defendants. | Cause No.  CV 12-00046-BLG-RFC-CSO<br>(CV 12-00031-H-DLC-RKS)<br><br>TRANSFER ORDER |

This matter comes before the Court on Plaintiff Curtis Bradshaw's pro se Motion for Leave to Proceed in forma pauperis (*Court Doc. 1*) and proposed Complaint (*Court Doc. 2*).

Under Local Rule 3.2(b), venue is proper in any Division of the Court containing a county of proper venue under the laws of the State of Montana.  Under Montana law, this case must be brought in the county where the defendants reside or the county where the tort was committed.  *Mont. Code Ann. § 25-2-122.*  Because the named Defendants are Helena residents or agencies based in Helena and because all the acts complained of occurred in Helena, the proper venue

TRANSFER ORDER –CV 12-46-BLG-RFC-CSO/ PAGE 1

is the Helena Division.

Accordingly, IT IS HEREBY ORDERED that this case is TRANSFERRED to the Helena Division. The matter has been given a new case number: CV-12-00031-H-DCL-RKS. All further filings in this matter must refer to this new case number.

DATED this 13th day of April, 2012.

/s/ *Carolyn S. Ostby*
United States Magistrate Judge